**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
901 PROPERTIES, LLC,

                                Plaintiff,

           -against-                                    25 **CIVIL** 7184 (JGLC)

                                                    **JUDGMENT**

BERNSTEIN-BURKLEY, P.C., et al.,

                              Defendants.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 11, 2026, the Court has GRANTED Defendants' Motion to Dismiss on the basis of lack of personal jurisdiction and the Complaint is dismissed without prejudice as to all Defendants; accordingly, the case is closed.

**Dated:** New York, New York

     May 11, 2026

                                            **TAMMI M. HELLWIG**

                                      _____

                                              **Clerk of Court**

                      **BY:**                 K. Mango

                                        _____

                                            **Deputy Clerk**